ROCKEFELLER GROUP, INC., Appellant, v EDWARDS & HJORTH et al., Respondents, et al., Defendant.—

Since the question of ownership of the documents in their currently existing state remains to be established at trial, discovery should be limited to evidence that bears on the

question of ownership. Plaintiff has failed to show a sufficient connection between review of the plans themselves (items 1 and 2 of the notice) and the issue of ownership. To permit discovery of these items would prematurely provide plaintiff with a large measure of the relief it ultimately seeks. Concur —Kupferman, J. P., Milonas, Kassal, Wallach and Rubin, JJ.